IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20081
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH APOLINAR DOMINGUEZ-SERNAS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-373-1
- - - - - - - - - -

August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Joseph Apolinar Dominguez-Sernas has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Dominguez-Sernas has received a copy of counsel's motion and brief, but has not filed a response.  Our independent review of the brief and record discloses no nonfrivolous issue.  Accordingly, counsel's motion for leave to withdraw is GRANTED, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.